472 A.2d 248

Commonwealth v. Macon, Appellant.

Submitted November 7, 1983. Judith A. Calkin, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Order affirmed.

472 A.2d 248

Commonwealth v. Markman, Appellant.

Submitted October 13, 1983. Jeffrey M. Miller, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and MONTEMURO and POPOVICH, JJ.

Appeal quashed.